NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICROSOFT CORPORATION,**
*Appellant,*

v.

**PROXYCONN, INC.,**
*Cross-Appellant,*

v.

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE**,
*Intervenor.*

---

2014-1542, -1543

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2012-00026 and IPR2013-00109.

---

**ON MOTION**

---

**O R D E R**

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and

Trademark Office ("Director") moves to intervene in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Director's brief shall be due within 40 days of the filing of Proxyconn, Inc.'s brief. Microsoft Corporation's reply brief shall be due within 40 days of the filing of the Director's brief. Proxyconn, Inc.'s reply brief shall be due within 14 days of the filing of Microsoft Corporation's reply brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26